Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted on a charge of violating the liquor laws and assessed a fine of $100.

The transcript in the case fails to show any notice of appeal. This is essential to confer jurisdiction on the reviewing court. See Art. 827, Vernon's Ann.C.C.P., and authorities collated under said article.

The appeal is dismissed.

## BRALY v. STATE.
### No. 21460.

Court of Criminal Appeals of Texas.

Jan. 29, 1941.

John C. Henderson, of Angleton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted in the district court of Brazoria County of forgery, and his punishment was assessed at two years confinement in the penitentiary.

Since perfecting his appeal, the appellant has filed a written motion, duly verified, requesting the privilege of withdrawing his appeal. The request is granted and the appeal is dismissed.